**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: Oct. 24, 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------x
RAMON JAQUEZ, Individually, and On  : Case No.: 1:22-cv-02345-ALC
Behalf of All Others Similarly Situated,   :
                                           :
               Plaintiff,                  :
     vs.                                   :
                                           :
                                           : **NOTICE OF VOLUNTARY DISMISSAL**
                                           :
DYRDEK MACHINE, LLC,                       :
                                           :
               Defendant.                  :
                                           :
--------------------------------------------------x

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Ramon Jaquez hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against defendant Dyrdek Machine, LLC.

DATED:  October 20, 2022            **MIZRAHI KROUB LLP**

SO ORDERED:
/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
Dated: Oct. 24, 2022

                                    /s/ Edward Y. Kroub
                                    EDWARD Y. KROUB

                                    EDWARD Y. KROUB
                                    JARRETT S. CHARO
                                    WILLIAM J. DOWNES
                                    200 Vesey Street, 24th Floor
                                    New York, NY  10281
                                    Telephone:  212/595-6200
                                    212/595-9700 (fax)
                                    ekroub@mizrahikroub.com
                                    jcharo@mizrahikroub.com
                                    wdownes@mizrahikroub.com

                                    *Attorneys for Plaintiff*